UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THEODORE LABELLA			JURY TRIAL DEMANDED

v.					CASE NO.  3:11cv

STELLAR RECOVERY, INC.

COMPLAINT

1.	This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.	This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.	Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4.	Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.	In 2011, Defendant was attempting to collect a personal Best Buy account from plaintiff.

6.	On October 25, 2011, defendant represented that it had purchased and owned plaintiff's account, that the account was in prelegal status, and that it would file suit if plaintiff did not resolve the account.

7.	On October 3, 2011, defendant left a message on plaintiff's family answering machine as follows: "Good morning Mr. Ted LaBella.  Please contact [garbled name] at Stellar.  It is important that we speak.  I can be reached directly at area code 904-438-2514.  I look forward to your"  The message was cut off by the caller.

8. Plaintiff has not received the notices required by 15 U.S.C. §1692e(11) or §1692g.

9. Defendant's policy is to not send the letter required by §1692g when it communicates a message to the consumer by telephone.

10. Defendant's collection efforts violated 15 U.S.C. §1692d. -e, -f(1), or -g.

SECOND COUNT

11. The allegations of the First Count are repeated and realleged.

12. Defendant also violated the CCPA if it purchased the account.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA and $1,000 statutory damages under the CCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net