UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THEODORE LABELLA

v.                                    CASE NO.  3:11cv  1678 (JCH)

STELLAR RECOVERY, INC.

NOTICE OF VOLUNTARY DISMISSAL

       Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action without

costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

       I hereby certify that on January 30, 2012, a copy of foregoing Notice of Dismissal
was filed electronically. Notice of this filing will be sent by e-mail to all parties by
operation of the Court's electronic filing system. Parties may access this filing through the
Court's system.

                ____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net